Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA D. SCOTT, | )<br>) |
| Plaintiff, | ) CASE NO.<br>) 2:23-cv-00888-CDS-NJK |
| v. | )<br>) **UNOPPOSED MOTION** |
| | ) **FOR EXTENSION OF TIME TO FILE** |
| KILOLO KIJAKAZI, ACTING | ) **PLAINTIFF'S BRIEF** |
| COMMISSIONER OF SOCIAL SECURITY, | )<br>) |
| Defendant. | )<br>) |

Plaintiff by her attorney, moves for a sixty-one (61) day extension of time to file Plaintiff's opening brief. Plaintiff's opening brief is currently due to be filed on or before September 6, 2023. If this motion is granted, Plaintiff's deadline to file her Brief would be extended to November 6, 2023. This is Plaintiff's first request for an extension of time in this matter.

Counsel requests this extension due to the assigned briefing attorney unexpectedly leaving Counsel's office. Counsel has explored reassignment of this matter to a different briefing attorney, but is unable to do so by the current filing deadline due to the size of the Administrative Record (roughly 1,775 pages) and multiple, simultaneous filing deadlines. Counsel requires additional time to properly and thoroughly prepare Plaintiff's brief. For instance, between September 1, and November 1, 2023, staff in Counsel's office have two

1

hundred and two (202) Plaintiff briefs due. This figure does not include Oral Arguments, appeals to Circuit Courts, Reply Briefs, settlement negotiations, and the various other tasks which arise throughout the course of litigation. These circumstances do not allow for Plaintiff's Counsel to properly prepare the brief by the current deadline. This request will not cause Defendant any undue hardship. This extension is needed to thoroughly and properly prepare the brief.

  Wherefore, Plaintiff requests an extension from September 6, 2023, up to and including November 6, 2023 to file their brief. Counsel for the Plaintiff has conferred with Defendant's Counsel, who has no objection to this request.

Dated September 1, 2023.

                Respectfully submitted,

                */s/Hal Taylor*
                Hal Taylor, Esq.

IT IS SO ORDERED.
Dated:  September 5, 2023
.
.
_____
Nancy J. Koppe
United States Magistrate Judge