Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELA D. S. | )<br>) |
| Plaintiff, | )<br>) CASE NO.<br>) 2:23-cv-00888-CDS-NJK |
| v. | )<br>) **SECOND UNOPPOSED MOTION** |
| | ) **FOR EXTENSION OF TIME TO FILE** |
| KILOLO KIJAKAZI, ACTING | ) **PLAINTIFF'S BRIEF** |
| COMMISSIONER OF SOCIAL SECURITY, | )<br>) |
| Defendant. | )<br>) |

Plaintiff by her attorney, moves for a fourteen (14) day extension of time to file Plaintiff's opening brief. Plaintiff's opening brief is currently due to be filed on or before November 6, 2023. If this motion is granted, Plaintiff's deadline to file her Brief would be extended to November 20, 2023. This is Plaintiff's second request for an extension of time in this matter. On September 5, 2023, this Court granted Plaintiff's first Motion for an Extension of Time (Dkt. No. 13).

Counsel is acting as Local Counsel to Olinsky Law Group. However, in an effort to provide a complete record to the court, Olinsky Law Group desires to seek admission *Pro Hac Vice* for Amanda Tilley-Beeler, Esq., who is the assigned drafting attorney for Olinsky Law Group in this matter. Counsel is preparing and compiling the requisite documents to file an application for admission *Pro Hac Vice* for Ms. Tilley-Beeler. In accordance with LR IA 11-2,

1

Counsel must contact Plaintiff to secure her written consent to Counsel for this purpose. Further, in accordance with LR IA 11-2 (b)(3), Counsel must request a Certificate of Good Standing from the South Carolina State Supreme Court, the request must be made via mail, and the Certificate of Good Standing must be returned to Counsel via mail. Once the requisite documents are received, Counsel will promptly file her application to appear *Pro Hac Vice*.

Wherefore, Plaintiff requests an extension from November 6, 2023, up to and including November 20, 2023 to file their brief. Counsel does not request this extension with any intention to delay this case but to desires to proceed in a manner that complies with all pertinent rules. Counsel for the Plaintiff has conferred with Defendant's Counsel, who has no objection to this request.

Dated November 3, 2023.

                                            Respectfully submitted,

                                            */s/Hal Taylor*
                                            Hal Taylor, Esq.
                                            Of Counsel, Olinsky Law Group

IT IS SO ORDERED.
Dated:  November 6, 2023
.
.
_____
Nancy J. Koppe
United States Magistrate Judge